SYLJACQUES FRANCOIS,

    Plaintiff,

v.

ALLIED UNIVERSAL SECURITY *et al*.,

    Defendants.

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE
## AND AFFIRMING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on the June 22, 2021 Report and Recommendation (DE 7) ("R&R") of Magistrate Judge Jacqueline Becerra. No objections have been filed and the deadline to do so has passed.

The R&R recommends denying Plaintiff's Motion for Leave to Proceed *in forma pauperis*, denying all pending motions as moot, and dismissing Plaintiff's Complaint without prejudice. *See* R&R. Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Jacqueline Becerra's well-reasoned R&R accurately states the law of the case. Accordingly, it is **ORDERED, ADJUDGED and DECREED** that:

1. Magistrate Judge Becerra's Report and Recommendation **(DE 7)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of this Court;

2. The Motion for Leave to Proceed *In Forma Pauperis* **(DE 3)** is hereby **DENIED**;

3. All pending motions are hereby **DENIED AS MOOT**;

4. Plaintiff's Complaint **(DE 1)** is hereby **DISMISSED WITHOUT PREJUDICE;** and

5. The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 7th day of July, 2021.

_____
**JAMES LAWRENCE KING**
**UNITED STATES DISTRICT JUDGE**
**SOUTHERN DISTRICT OF FLORIDA**

**cc:** **Magistrate Judge Jacqueline Becerra**
**All counsel of record**
**Syljacques Francois,** *pro se*
6410 N.W. 6th Avenue, Apt. 10
Miami, FL 33150